[L. A. No. 5569. In Bank.—May 17, 1918.]

In the Matter of the Estate of WILLIAM H. JONES, Deceased; CHICAGO BOYS' CLUB (a Corporation), Appellant; STATE CONTROLLER, Respondent.

TAXATION—INHERITANCE TAXES—FOREIGN CHARITABLE CORPORATION.— Order reversed on the authority of *Estate of Fiske, ante,* p. 116.

APPEAL from an order of the Superior Court of San Diego County. S. M. Marsh, Judge.

The facts are similar to those stated in the opinion of the court in *Estate of Fiske, ante,* p. 116, [172 Pac. 390].

James S. Bennett, for Appellant.

Robert A. Waring, John W. Carrigan, and Edwin H. Pennock, for State Controller, Respondent.

The COURT.—In accordance with the stipulation of the parties to this appeal, on the authority of the *Estate of Fiske, ante,* p. 116, [172 Pac. 390], the order appealed from, in so far as it in any way affects or relates to the Chicago Boys' Club (a corporation), the sole appellant, is reversed.